UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RONALD KRICK and MARY KRICK, | ) |
| Plaintiffs, | ) |
| v. | ) |
| MEDTRONIC, INC., | ) Case No. 1:18-cv-00176-JTN-ESC |
| Defendant. | ) |
| | ) Hon. Janet T. Neff |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Mary Krick and Ronald Krick and Defendant Medtronic, Inc., through their counsel, hereby agree and stipulate that the above captioned action is voluntarily dismissed by Plaintiff with prejudice, and that each party shall bear its own costs and attorneys' fees.

Respectfully submitted this _18_ day of June, 2019.

*[Signatures on next page.]*

| | |
|---|---|
| MEDTRONIC, INC. | RONALD KRICK AND MARY KRICK |
| /s/ Scott M. Ahmad | *Jon Schrotenboer* (signature) |
| Scott M. Ahmad | Jon J. Schrotenboer (P34452) |
| Neha Nigam | Daniel J. James (P75147) |
| Winston & Strawn LLP | WHEELER UPHAM, P.C. |
| 35 W. Wacker Drive | Attorneys for Plaintiffs |
| Chicago, Illinois 60601 | 250 Monroe Ave., NW, Suite 100 |
| (312) 558-3197 | Grand Rapids, MI 49503 |
| sahmad@winston.com | (616) 459-7100 |
| | schrotenboer@wuattorneys.com |
| | james@wuattorneys.com |
| Albert M. Bower (P77461) | |
| Grand River Law | |
| 337 Dogwood Avenue, NE | |
| Ada, Michigan 49301 | |
| (616) 710-0211 | |
| abower@grandriverlaw.com | |

## **CERTIFICATE OF SERVICE**

    I, Scott Ahmad, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 18, 2019.

                                            /s/ Scott Ahmad
                                            Scott Ahmad